**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 23-6291**

———————————

WILLIE LEE MARTIN, III,

        Plaintiff - Appellant,

    v.

MARY LOCKLEAR; TODD ISHEE,

        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:22-ct-03021-BO)

———————————

Submitted:  May 25, 2023                     Decided:  July 21, 2023

———————————

Before THACKER and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————————

Dismissed in part and affirmed in part by unpublished per curiam opinion.

———————————

Willie Lee Martin, III, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Lee Martin, III, appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to state a claim. Martin was released from incarceration during the pendency of this appeal; thus, his appeal of his request for injunctive relief is moot. *See Rendelman v. Rouse*, 569 F.3d 182, 186 (4th Cir. 2009). We have reviewed the record and find no reversible error in the district court's dismissal of Martin's other claims. Accordingly, we dismiss the appeal in part as moot and affirm the remainder of the district court's order. *Martin v. Cooper*, No. 5:22-ct-03021-BO (E.D.N.C. Mar. 9, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED IN PART,*
*AFFIRMED IN PART*